Cropsey, Commissioner, etc. No opinion. Application denied. Settle order on notice.

---

PEOPLE ex rel. DALY, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Proceeding by the People of the State of New York, on the relation of Denis J. Daly, against J. Harris Jones, as Superintendent. H. G. Miller, for appellant. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. DONNELLY v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Proceeding by the People of the State of New York, on the relation of Edward J. Donnelly, against William F. Baker, Commissioner, etc. L. J. Grant, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings confirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. DWYER v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Proceeding by the People of the State of New York, on the relation of Harry F. Dwyer, against Theodore A. Bingham, as Police Commissioner, etc. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 128 N. Y. Supp. 1139.

---

PEOPLE ex rel. FRONTIER ELECTRIC RY. CO., Appellant, v. CITY OF NORTH TONAWANDA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Proceeding by the People of the State of New York, on the relation of the Frontier Electric Railway Company, against the City of North Tonawanda.

PER CURIAM. Motion to amend decision (128 N. Y. Supp. 1140) denied, with $10 costs.

SPRING and KRUSE, JJ., dissent.

---

PEOPLE ex rel. LINCOLN, Respondent, v. FISCHER, Village President, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Proceeding by the People of the State of New York, on the relation of Newton Lincoln, against W. F. Fischer, as President of the Village of Mayville, and others. No opinion. Order affirmed, with costs.

---

PEOPLE ex rel. McGUINESS, Appellant, v. McANENY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Proceeding by the People of the State of New York, on the relation of James McGuiness, against George McAneny, President, etc., and others. S. B. Stiles, for appellant. C. L. Barber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. MARRON v. CORNELL et al. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Proceeding by the People of the State of New York, on the relation of Edward A. Marron, against Robert C. Cornell and others. No opinion. Motion granted. Order filed.

---

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO., Appellant, v. WOODBURY et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against Egburt E. Woodbury and others.

PER CURIAM. Order affirmed, with $50 costs and disbursements.

KELLOGG and SEWELL, JJ., dissent in part, being of the opinion that the relator is not assessable for street occupation, where the street was opened and extended across the right of way, the fee of which had been purchased by and conveyed to the relator before the street was opened. See, also, 140 App. Div. 848, 125 N. Y. Supp. 728; 125 N. Y. Supp. 730, 140 App. Div. 945.

---

PEOPLE ex rel. PAOLUCCI v. CROPSEY, Com'r. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Proceeding by the People of the State of New York, on the relation of Bartholomew Paolucci, against James C. Cropsey, as Commissioner. W. B. Dowd, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. PRIOR v. PRIOR. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Proceeding by the People of the State of New York, on the relation of Albert S. Prior, against Edith P. Prior. No opinion. Order modified, by striking out the provision that the relator shall not be permitted to see the child in case he fails to make the payments provided therein, and, as thus modified, affirmed, without costs.

---

PEOPLE ex rel. RAY v. BENHAM. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Proceeding by the People of the State of New York, on the relation of Charles Ray, against George W. Benham, as Agent and Warden of the State Prison at Auburn.

PER CURIAM. Order affirmed.

KRUSE, J., votes for a modification of the order, by requiring the warden to return the relator forthwith to the custody of the sheriff of the county of Oneida, and that judgment be pronounced by the County Court of Oneida county against said relator according to law, as provided by said order.

---

PEOPLE ex rel. REID v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Proceeding by the People of the State of New York, on the relation of Patrick J. Reid, against Theodore A. Bingham, Commissioner. No opinion.